IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TED A. PIANOWSKI,
:
    Petitioner,
:
    vs.                          Case No. 3:09cv185
:
WARDEN, OHIO STATE PENITENTIARY,    JUDGE WALTER HERBERT RICE
:
    Respondent.

---

DECISION AND ENTRY ADOPTING INITIAL (DOC. #7) AND
SUPPLEMENTAL (DOC. #9) REPORTS AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE; PETITIONER'S OBJECTIONS
TO SAID JUDICIAL FILINGS (DOCS. #8 AND #10) OVERRULED;
JUDGMENT TO BE ENTERED IN FAVOR OF RESPONDENT AND
AGAINST PETITIONER HEREIN; CERTIFICATE OF APPEALABILITY
AND ANTICIPATED REQUEST FOR LEAVE TO APPEAL *IN FORMA
PAUPERIS* DENIED; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority, set forth by the United States Magistrate Judge in his Initial (Doc. #7) and Supplemental (Doc. #9) Reports and Recommendations, as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Reports and Recommendations are adopted in their entirety. The Petitioner's Objections to said judicial filings (Docs. #8 and #10) are overruled. Judgment will be ordered entered in favor of Respondent and against Petitioner herein, dismissing the Petition for Writ of Habeas Corpus with prejudice,

due to its being untimely filed, and, alternatively, with prejudice as barred by procedural default.

Given that the Petitioner has failed to make a substantial showing of the denial of a constitutional right and, further, that reasonable jurists would not disagree with the conclusion reached herein, Petitioner is denied a Certificate of Appealability. Further, for the reasons as aforesaid and, further, given that any appeal from this decision would be <u>objectively</u> frivolous, this Court would deny any requested motion for leave to appeal *in forma pauperis*.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

                                                    /s/ Walter Herbert Rice

March 1, 2010                            WALTER HERBERT RICE
                                         UNITED STATES DISTRICT JUDGE

Copies to:

Ted A. Pianowski, Pro Se
Diane D. Mallory, Esq.
Elizabeth A. Matune, Esq.